UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| TERRENCE WALKER and AMBER BISHOP,<br><br>    Plaintiffs,<br><br>v.<br><br>J.D. PAL, INC. et al.,<br><br>    Defendants. | CIVIL ACTION NO. 5:24-60-KKC<br><br><br>**OPINION & ORDER** |

*** *** ***

On June 13, 2024, the Court ordered Plaintiffs to file evidence that Defendant McDonald's has been served or waived service within fourteen days. That period has now passed, and Plaintiffs have not filed anything with the Court to make that showing. Accordingly, the Court hereby ORDERS:

1. All claims asserted by Plaintiff against Defendant McDonald's are DISMISSED WITHOUT PREJUDICE; and

2. This matter is STRICKEN from the Court's active docket.

This 28th day of June, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1